DOWD & CLEMENS, INC., Respondent, *v.* EMILY K. GOODWIN et al., Appellants.

*Commissions — brokers — action to recover real estate brokers' commissions on making lease — defense that another was procuring cause.*

*Dowd & Clemens, Inc.,* v. *Goodwin,* 222 App. Div. 737, affirmed.
(Argued February 20, 1928; decided March 27, 1928.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered December 27, 1927, affirming a judgment in favor of plaintiff entered upon a verdict. The action was to recover real estate broker's commissions on the making of a lease. The question was whether the lease referred to was the result of plaintiff's efforts or whether another broker was the procuring cause.

*James E. Duross* for appellants.
*Louis L. Archer* and *Joseph V. Mitchell* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.